**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6837**

———————

DONALD E. ROBINSON,

          Plaintiff - Appellant,

     v.

JEANETTE MCBRIDE, Clerk of Court Richland County in her
individual and official capacity; THE CITY OF COLUMBIA; THE
COUNTY OF RICHLAND,

          Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:13-cv-00352-CMC)

———————

Submitted:  September 26, 2013    Decided:  September 30, 2013

———————

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald E. Robinson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald E. Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Robinson's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Robinson's motion for appointment of counsel and affirm. Robinson v. McBride, No. 3:13-cv-00352-CMC (D.S.C. May 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2